STATE OF OREGON,
*Respondent,*

*v.*

LANCE EDWARD FORD,
*Appellant.*

(C89-04-32059; CA A63025)

812 P2d 13

Irene B. Taylor, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for sodomy in the first degree, ORS 163.405, and sexual abuse in the first degree. ORS 163.425. We affirm the convictions and write only to address an error in sentencing.

The court imposed a sentence of 20 years incarceration on each conviction, to be served concurrently. Defendant points out, and the state agrees, that sexual abuse in the first degree is a class C felony, ORS 163.425(2), for which the maximum incarceration is 5 years. ORS 161.605(3). The 20-year sentence imposed exceeds the maximum allowed by law.

Sentence for sexual abuse in the first degree vacated; remanded for resentencing on that charge; otherwise affirmed.